UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY LEFRANCOIS                              JURY TRIAL DEMANDED

v.                                              CASE NO.  3:11 cv

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.

COMPLAINT

1.  This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2.  This Court has jurisdiction.  15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3.  Plaintiff is a natural person and a consumer within the FDCPA, who resides in Taftville Connecticut.

4.  The Defendant is not licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5.  Defendant is a member of a collectors' trade organization, ACA International.

6.  Defendant is a "debt collector" as the term is defined in the FDCPA.

7.  In 2007, defendant notified plaintiff that it had purchased his account. It confusingly identified his original creditor as HSBC Card Services (III) Inc./Best Buy/ MBNA or S&H Greenpoints.

8.  Defendant continued to identify the original creditor as any one of the four listed above by letters dated July 14, 2010, January 7, 2011, and February 8, 2011.

9. In 2011, defendant notified plaintiff that the account had been transferred to the Litigation Department and urged him to avoid a lawsuit.

10. Despite the threat of lawsuit, defendant stated "At this time, no attorney within the Litigation Department has personally reviewed the particular circumstances of your account."

11. On April 8, 2011, defendant was notified that plaintiff was represented by counsel and was requested to cease all collection.

12. On May 11, 2011, defendant indirectly communicated with plaintiff through Connecticut counsel.

13. Defendants' collection efforts violated 15 U.S.C. §1692c, -e, or –f.

SECOND COUNT

14. The allegations of the First Count are repeated and realleged.

15. Defendant violated the CCPA or committed unfair or deceptive acts or practices in collection efforts, causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such compensatory and punitive damages as are permitted by law, as well as $1,000 statutory damages under the FDCPA and $1,000 statutory damages under the CCPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide.

THE PLAINTIFF

*Joanne S. Faulkner*

BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    faulknerlawoffice@snet.net