UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY LEFRANCOIS

v.                                          CASE NO.  3:11 cv  837 (JCH)

PORTFOLIO RECOVERY ASSOCIATES, L.L.C

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(l), plaintiff hereby dismisses the within action without costs or fees based on the parties' settlement agreement.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on August 25, 2011, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net